CLERK'S OFFICE U.S DIST COURT
AT DANVILLE, VA
FILED
NOV 24 2009
JOHN F. CORCORAN, CLERK
BY: 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT ETHAN MILLER, | ) | Civil Action No. 7:09-cv-00239 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN, USP LEE, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the respondent's motion for summary judgment is **GRANTED**; petitioner's 28 U.S.C. § 2241 petition is **DISMISSED without prejudice**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of November, 2009.

Senior United States District Judge